[Reset Form]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number __CR 13-573(A)__     Defendant Number __1__ of __2__

U.S.A. v. __Bryan Brunsting__     Year of Birth __1985__

[✓] Indictment     [ ] Information     Investigative agency (FBI, DEA, etc.) __FBI__

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

[ ] Misdemeanor    [ ] Minor Offense    [✓] Felony
[ ] Petty Offense    [ ] Class B Misdemeanor

b. Date of Offense __8/20/09; 8/28/09; 3/22/10; 3/23/10__

c. County in which first offense occurred

__Los Angeles County__

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[✓] Los Angeles    [ ] Ventura
[ ] Orange    [ ] Santa Barbara
[ ] Riverside    [ ] San Luis Obispo
[ ] San Bernardino    [ ] Other: _____

Citation of Offense __18 USC 241 (count 4), 242, 1519, 2(a)__

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**Case** _____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: _____
Case Number _____
Charging _____

The complaint:   [ ] is still pending
              [ ] was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?   [✓] No   [ ] Yes

IF YES, provide, Name: _____
        Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the __1st__ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
__August 15, 2013__

Case Number __CR 13-573__

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

__FILED UNDER SEAL -- NO ARRESTS MADE__

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*    [✓] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?  [ ] YES  [x] NO
IF YES, list language and/or dialect: _____

**OTHER**

- [x] Male     [ ] Female
- [x] U.S. Citizen   [ ] Alien

Alias Name(s): _____

This defendant is charged in: [x] All counts
- [ ] Only counts: _____
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  [ ] Yes  [x] No
IF YES, should matter be sealed?  [ ] Yes  [ ] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [ ] narcotics offenses
- [ ] violent crimes/firearms
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud
- [x] Other: civil rights; obstruction of justice

**CUSTODY STATUS**

Defendant is **not** in custody:
- a. Date and time of arrest on complaint: _____
- b. Posted bond at complaint level on: _____
  in the amount of $ _____
- c. PSA supervision?  [ ] Yes  [ ] No
- d. Is a Fugitive  [ ] Yes  [ ] No
- e. Is on bail or release from another district: _____
- f. [ ] Has not been arrested but will be notified by summons to appear.
- g. Warrant requested.  [x] Yes  [ ] No

Defendant is **in** custody:
- a. Place of incarceration:  [ ] State  [ ] Federal
- b. Name of Institution: _____
- c. If Federal: U.S. Marshal's Registration Number: _____
- d. [ ] Solely on this charge. Date and time of arrest: _____
- e. On another conviction:  [ ] Yes  [ ] No
  IF YES:  [ ] State  [ ] Federal  [ ] Writ of Issue
- f. Awaiting trial on other charges:  [ ] Yes  [ ] No
  IF YES:  [ ] State  [ ] Federal  AND
  Name of Court: _____

Date transferred to federal custody: _____
This person/proceeding is transferred from another district pursuant to F.R.CrP.  ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date November 13, 2013

Signature of Assistant U.S. Attorney
Margaret L. Carter
Print Name