DONALD M. RÉ, SBN 49079
A Professional Law Corporation
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

Attorney for Defendant
JASON BRANUM

RICHARD G. HIRSCH, SBN 39678
VICKI I. PODBERESKY, SBN 123220
Nasatir, Hirsch, Podberesky & Khero
2115 Main Street
Santa Monica, California 90405
Telephone: (310) 399-3259
Email: Vpod@nhpklaw.com; Richardghirsch@aol.com

Attorneys for Defendant
BRYAN BRUNSTING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 13-573-GW-2 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER RE |
| | ) | APPLICATION FOR ORDER |
| v. | ) | SHORTENING TIME |
| | ) | |
| BRYAN BRUNSTING, | ) | |
| JASON BRANUM, | ) | |
|     aka "Jason Johnson," | ) | |
| | ) | |
| Defendants. | ) | |

GOOD CAUSE appearing, now therefore,

IT IS ORDERED that the defendants' Notice of Motion and Motion For (1) <u>Garrity</u> Hearing; (2) <u>Garrity</u> Discovery; and (3) Continuance of Trial; Memorandum and Attachments shall be filed at this time,

C:\wp\Branum\Order re Application for Order Shortening Time

1  Government's response is to be filed by noon on April 22, 2016 (and courtesy copy provided to chambers),

2  there will be no reply, and the hearing shall be set on April 25, 2016 at the hour of 10:30 a.m.

DATED: April 19, 2016

_____
HONORABLE GEORGE H. WU
United States District Judge

C:\wp\Branum\Order re Application for Order Shortening Time

2